David L. Miller, Bar No. 3736
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
e-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **AMANDA LINDA-MARI EDWARDS,** | **Bankruptcy No. 13-31808** |
| | **(Chapter 7)** |
| **Debtor(s)** | Judge R. Kimball Mosier |

### MOTION FOR ORDER DIRECTING DEBTOR
### TO TURNOVER PROPERTY OF THE ESTATE

    David L. Miller, Chapter 7 Trustee of the bankruptcy estate of the above named debtor herein moves the Court, pursuant to 11 U.S.C. §§ 521 and 542 for an order directing the debtor to turnover property of the estate further described as: America First CU savings bank statement showing activity for the month of October, 2013, and 2013 tax returns and 2013 tax refunds. The instant motion is based upon the following grounds:

    1.    The debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy code on October 16, 2013.

    2.    At the First Meeting of Creditors, held on November 13, 2013, the trustee instructed the debtor to turnover a copy of her America First CU savings bank statement showing activity for the month of October, 2013.

    3.    Also at the First Meeting of Creditors, the trustee instructed the debtor to turnove a copy of her 2013 tax returns and any refunds reflected therein.

4. The trustee has not received a copy of the America First CU savings October 2013 bank statement from the debtor.

5. The trustee has not received a copy of the 2013 tax returns from debtor.

6. It is in the best interest of the bankruptcy estate and creditors of the estate for the debtor to turnover a copy of her America First CU savings bank statement showing activity for the month of October, 2013, to the trustee for review.

7. It is in the best interest of the bankruptcy estate and creditors of the estate for the debtor to turnover a copy of her 2013 tax returns, and any tax refunds received therein.

WHEREFORE, the Trustee respectfully requests this Court to enter an Order Directing the debtor to turnover a copy of her America First CU October, 2013 savings bank statement, and a copy of her 2013 tax returns and any tax refund received therein to the trustee.

DATED this 29th day of January, 2014      /s/ david l. miller
                                          DAVID L. MILLER
                                          Bankruptcy Trustee

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on January 29, 2014, I electronically filed the foregoing **Motion for Order Directing Debtor to Turnover Property of the Estate** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| | |
|---|---|
| David L Miller tr | davidlmillerpc@msn.com; ut09@ecfcbis.com; dlm@trustesolutions.com; dlm@trustesolutions.net |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Nathan Carroll | nathan.carroll@froererlaw.com; filemybk@gmail.com |

## CERTIFICATE OF SERVICE –MAIL, OTHER

I hereby certify that on January 29, 2014, I caused to be served a true and correct copy of the foregoing **Motion for Order Directing Debtor to Turnover Property of the Estate** as follows:

**Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to**:

Amanda Linda-Mari Edwards
141 Country Club Drive
Ogden, UT 84405

                                                                         /s/ stephanie pace